JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY LEONARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation, DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:16-cv-07262-RGK-(PJWx)<br><br>**(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

DATED: May 22, 2017　　　　_____

　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4837-8354-3624 v1 　　- 1 -　　CASE NO. 2:16-CV-07262-RGK-(PJW)
(PROPOSED) ORDER RE STIP FOR DISMISSAL OF ENTIRE ACTION W/PREJUDICE